# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP SINGH a/k/a MANDEEP SINGH SANGHA [DHS No. A072-134-029],<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Respondents. | CASE NO. 08cv1568 DMS (JMA)<br><br>**ORDER REQUIRING RESPONSE** |

On August 27, 2008, Petitioner Mandeep Singh, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Having reviewed the petition, the Court hereby orders the Government to file and serve a response to the petition no later than **September 29, 2008**. The Government's response shall include all documents relevant to the issues raised in the petition. Should Petitioner wish to reply to the Government's response, he shall do so no later than **October 29, 2008**.

**IT IS SO ORDERED.**

DATED: September 2, 2008

HON. DANA M. SABRAW
United States District Judge